UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JEANETTE ALEJANDRA RUBIO,<br><br>            Defendant. | Case No. 22-cr-02830-BAS-1<br><br>**ORDER DENYING MOTION TO CORRECT SENTENCE (ECF No. 38)** |

Defendant Jeanette Alejandra Rubio moves to correct her sentence based on the new guideline amendments for zero-point offenders. (ECF No. 38.) However, at the time she was sentenced, in anticipation of the change in the guideline calculations, the Court already applied the two-point reduction. Therefore, since Defendant has already received the requested relief, her Motion is **DENIED**.

The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821. Under Part B, these retroactive amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who

"did not receive any criminal history points" when calculating the defendant's criminal history.  *Id.* § 4C1.1(a)(1)–(10).

On August 23, 2023, before official adoption of these guideline amendments, the Court sentenced Defendant to 15 months in custody.  (ECF No. 35.)  According to the Statement of Reasons completed by the Court after sentencing, because Defendant was a zero-point offender, the Court deducted two points from Defendant's base offense level when calculating her guideline range in anticipation of the amendments to the guidelines.

Defendant now files a Motion to Correct her Sentence based on the amendments to the U.S.S.G. referenced above.  (ECF No. 38.)  She argues that she is entitled to a two-point downward variance in her base offense level because she is a zero-point offender.  (*Id.*)

However, Defendant already received this two-point deduction at the time of sentencing.  Therefore, her Motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 19, 2024**

Hon. Cynthia Bashant
United States District Judge